IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROBERT ROCKENBACH                                                                                    PLAINTIFF

v.                                              Civil No.4:17-cv-04041

SHERIFF BRYAN McJUNKINS,
Howard County, Arkansas; OFFICER
JANE DOE, Booking Officer Howard
County Detention Center; JOHN DOE
OFFICERS, Howard County Detention
Center; and HOWARD COUNTY,
ARKANSAS                                                                                            DEFENDANTS

## **ORDER**

Plaintiff Robert Rockenbach, currently an inmate of the Grimes Unit of the Arkansas Department of Correction, filed his Complaint *pro* se under 42 U.S.C. § 1983 on June 7, 2017. ECF No. 1. Plaintiff's *in forma pauperis* ("IFP") application was granted the same day. ECF No. 3.

In response to an Order entered by this Court (ECF No. 6), Defendants filed a Response (ECF No. 10) identifying individuals who were present and may have been involved in incidents forming the basis of Plaintiff's claims. ECF No. 10. However, when asked by this Court to identify detention officer(s) and medical personnel who gave Plaintiff insulin on January 28, 2017, at the Howard County Detention Center Defendants responded "No one gave the Plaintiff insulin on January 28, 2017, since the incident complained of in Plaintiff's Complaint occurred at approximately 3:00a.m. on the morning of July 28, 2017, and he was shortly thereafter transported to the ER by ambulance." ECF No. 10.

1

Plaintiff filed his Complaint approximately three weeks prior to July 28, 2017 so Defendants' Response makes no sense. In addition, the Court reviewed Plaintiff's Complaint and Plaintiff clearly alleges he was given an overdose of insulin by someone at the Howard County Detention Center on January 28, 2017. ECF No. 1.

**Defendants are again DIRECTED to file a response to this Order identifying the following individuals on or before August 9, 2017: Detention officer(s) and/or medical personnel who gave Plaintiff insulin on January 28, 2017 at the Howard County Detention Center.**

**IT IS SO ORDERED this 27th day of July 2017.**

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

2