IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROBERT ROCKENBACH                                                                       PLAINTIFF

v.                                      Civil No.4:17-cv-04041

SHERIFF BRYAN McJUNKINS,
Howard County, Arkansas; ALCIE MCCAULEY;
JEFFERY LOVELISL; HOWARD COUNTY,
ARKANSAS; CHRIS GATES; AARON
QUICK; and CHRISTY PHARR                                                                DEFENDANTS

## ORDER

Before the Court is Defendants' Motion to Withdraw Counsel. (ECF No. 34). Defendants request that John R. Myers, listed a lead counsel in this case, be permitted to withdraw. Co-counsel, C. Burt Newell, will continue to represent Defendants in this matter. In addition, Jonathan C. Hill has filed an entry of appearance for Defendants.

Defendants' Motion to Withdraw Counsel (ECF No. 34) is **GRANTED. The Clerk is DIRECTED TO terminate John R. Myers as counsel for Defendants.**

**IT IS SO ORDERED THIS 6th day of October 2017.**

                            /s/ *J. Marschewski*
                          HON. JAMES R. MARSCHEWSKI
                          UNITED STATES MAGISTRATE JUDGE