IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROBERT ROCKENBACH                                                    PLAINTIFF

v.                              Civil No.4:17-cv-04041

ALCIE MCCAULEY; CHRIS
GATES; AARON QUICK; and
CHRISTY PHARR                                                        DEFENDANTS

## ORDER

Before the Court is Defendants' Motion to Withdraw Counsel. (ECF No. 63). Defendants request that Jonathan C. Hill be permitted to withdraw. Co-counsel, C. Burt Newell, will continue to represent Defendants in this matter as well as Caroline Virginia Hays who has entered an appearance on behalf of Defendants. (ECF No. 64).

Defendants' Motion to Withdraw Counsel (ECF No.63) is **GRANTED. The Clerk is DIRECTED TO terminate Jonathan C. Hill as counsel for Defendants.**

**IT IS SO ORDERED THIS 11th day of June 2018.**

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE